# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                             **CASE NO.: 5:13cr13-MW/HTC-1**

**VERSIAH M. TAYLOR,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 388. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 351, is **DENIED**. A Certificate of Appealability is **DENIED**."

---

[1] On two occasions, this Court directed the Clerk to resend the Magistrate Judge's Report and Recommendation to afford Defendant a meaningful opportunity to respond. Defendant recently filed "a list of potential witnesses," ECF No. 400, a month after the report issued, but has not filed any objections.

The Clerk shall close the file.

**SO ORDERED on January 27, 2021.**

<pre>                                    s/Mark E. Walker            
                                    Chief United States District Judge</pre>